FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN 2 3 2025

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 25-2234 SMD |
| | ) |
| vs. | ) 18 U.S.C. §§ 2243(a), 2246(2)(C), and |
| | ) 1153: Sexual Abuse of a Minor |
| JOHN ALBERT CARRILLO JR., | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about February 15, 2025, in Indian Country, in Otero County, in the District of New Mexico, the defendant, **JOHN ALBERT CARRILLO JR.**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, a child who had attained the age of 12 years, but had not attained the age of 16 years, and Jane Doe was at least four years younger than the defendant, and the sexual act consisted of the penetration, however slight, of the anal or genital opening of another by a hand or finger or by any object, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 2243(a), 2246(2)(C) and 1153.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. 2243(a), 2246(2)(C) and 1153, the defendant, **JOHN ALBERT CARRILLO JR.**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253(a)(3), any property, real or personal, used or intended to be used to commit or to promote the commission of the offense and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

a.  black Samsung cell phone. Model SM-S135DL. IMEI 350963864060509

RYAN ELLISON
United States Attorney

JACKSON K. DERING V
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304