**UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO**
**SENTENCING MINUTE SHEET**

| CR No: | **25-2234SMD** | | | USA vs.: | **CARRILLO** | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | **3/3/2026** | | | Name of Deft: | **JOHN ALBERT CARRILLO JR.** | | | |

| Before the Honorable: | **SARAH M. DAVENPORT, UNITED STATES DISTRICT JUDGE** |
|---|---|

| Time In/Out: | **11:05-11:49 AM** | Total Time in Court (**for JS10**): | **44 MINUTES** |
|---|---|---|---|
| Clerk: | **ANNETTE NANEZ** | Court Reporter: | **FATIMA SANCHEZ** |
| AUSA: | **MARK SALTMAN** | Defendant's Counsel: | **MATILDA VILLALOBOS** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **MARCELA RENNA** |

| Probation Officer: | **KARLA ALTAMIRANO** | | Sworn? | **X** | Yes | | No |
|---|---|---|---|---|---|---|---|

| Convicted on: | **X** | Plea | | Verdict | | As to: | **X** | Information | | Indictment |
|---|---|---|---|---|---|---|---|---|---|---|
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | | No Plea Agreement | Comments: | | | |
| Date of Plea/Verdict: | **6/23/2025** | | | | PSR: | **X** | Not Disputed | | Disputed | |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** | Not Needed | | Needed | |
| Exceptions to PSR: | | | | | | | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | **132 MONTHS** |
|---|---|---|

| Supervised Release: | **10 YEARS** | | | Probation: | | |
|---|---|---|---|---|---|---|
| **X** | 500-HOUR DRUG PROGRAM | **X** | BOP SEX OFFENDER PROGRAM | OTHER: | | |

| | Court recommends ICE begin removal proceedings immediately or during service of sentence | **X** | ICE not applicable |
|---|---|---|---|

**SPECIAL CONDITIONS OF SUPERVISION**

| | No re-entry without legal authorization | **X** | Parties have no objections to the conditions listed in Attachment A. |
|---|---|---|---|
| | Comply with ICE laws and regulations | **X** | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |
| **X** | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | **X** | Parties waive reading of conditions. |

**OTHER:**

| Fine: | $ | | Restitution: | $ | |
|---|---|---|---|---|---|
| SPA: | $ | **100.00** ($100) as to each Count | Payment Schedule: | **X** Due Imm. | Waived |

OTHER: THE MANDATORY RESTITUTION FOR SEXUAL EXPLOITATION OF CHILDREN ACT AND 18 U.S.C. § 2259 ARE APPLICABLE IN THIS CASE; HOWEVER, NO CLAIM FOR RESTITUTION HAS BEEN MADE BY THE VICTIM(S). THEREFORE, NONE WILL BE ORDERED. THE DEFENDANT IS SUBJECT TO THE PROVISIONS OF THE JUSTICE FOR VICTIMS OF TRAFFICKING ACT OF 2015, WHICH REQUIRES THE COURT TO ASSESS AN AMOUNT OF $5,000 ON ANY NON-INDIGENT PERSON OR ENTITY CONVICTED OF AN OFFENSE UNDER 18 U.S.C. CHAPTERS 77, 109A, 110, 117; OR SECTION 274 OF THE IMMIGRATION AND NATIONALITY ACT (8 U.S.C. § 1324). THE COURT FINDS THE DEFENDANT IS INDIGENT AND WILL NOT BE REQUIRED TO PAY THE $5,000 ASSESSMENT.

| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | | **FCI- MARION OR THE NEAREST FACILITY WITH THE SEX OFFENDER PROGRAM** |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | | | VICTIM IMPACT STATEMENT WAS READ TO THE COURT. |